**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**TANES O. TORRES,**

Plaintiff,

v. Civil Action No. **3:25CV219**

**MS. TAWKA,**

Defendant.

## MEMORANDUM OPINION

Tanes O. Torres, a Virginia prisoner proceeding *pro se* and *in forma pauperis*, brings this action. By a Memorandum Order entered on June 10, 2026, the Court granted Plaintiff ninety days from the entry thereof to serve Defendant. (ECF No. 25.) Plaintiff provided the Court a service address on July 2, 2026. (ECF No. 27.) On July 7, 2026, the Clerk issued a summons to the address for Defendant that Plaintiff provided. (ECF No. 29). The United States Marshal returned the summons unexecuted on July 28, 2026, noting that Defendant no longer worked at that address and that the Virginia Department of Corrections was unable to identify any person by that name. (ECF No. 33.) By Memorandum Order entered on September 22, 2026, the Court directed Plaintiff, within twenty (20) days from the date of entry thereof, to show good cause for his failure to serve Defendant within the time required by Rule 4(m).

More than twenty (20) days have elapsed since the entry of the September 22, 2026 Memorandum Order and Plaintiff has not responded to the September 22, 2026 Memorandum Order or otherwise communicated with the Court. Plaintiff's failure to respond or otherwise communicate with the Court indicates a lack of interest in litigating this matter. *See* Fed. R. Civ.

P. 41(b). Accordingly, all claims against Defendant and this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order will accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
Senior United States District Judge

Date: 28 October 2026
Richmond, Virginia